946

No. 92–7265. SCOTT v. INDETERMINATE SENTENCE REVIEW BOARD FOR WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 92–7267. GRAVELLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–7273. RAMIREZ-COLLAZO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7275. SEVERINO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7285. PEERY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–7289. SHULER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–7290. BERRY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7291. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7293. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7294. TREADWELL v. UNITED STATES; and
No. 92–7297. TREADWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 977 F. 2d 574.

No. 92–7299. HODGES v. GEORGIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–7303. DOWLER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–7304. SASSER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7305. WHITEHEAD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7306. BRADLEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.